**B1 (Official Form 1) (1/08)**

| United States Bankruptcy Court<br>District of Rhode Island | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Valley Country Club On Ledgemont, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete<br>EIN (if more than one, state all): **05-0254268** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete<br>EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**251 New London Ave**<br>**Warwick, RI**                    ZIPCODE **02886-0629** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br><br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Kent** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br><br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIPCODE |

| Location of Principal Assets of Business Debtor (if different from street address above):<br>**251 New London Ave, Warwick, RI**                    ZIPCODE **02886-0629** |
|---|

| **Type of Debtor**<br>(Form of Organization)<br>(Check **one** box.) | **Nature of Business**<br>(Check **one** box.) | **Chapter of Bankruptcy Code Under Which<br>the Petition is Filed** (Check **one** box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.)<br><br>_____ | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11<br>   U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other<br><br>**Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☑ Debtor is a tax-exempt organization under<br>   Title 26 of the United States Code (the<br>   Internal Revenue Code). | ☐ Chapter 7       ☐ Chapter 15 Petition for<br>☐ Chapter 9          Recognition of a Foreign<br>☑ Chapter 11        Main Proceeding<br>☐ Chapter 12     ☐ Chapter 15 Petition for<br>☐ Chapter 13        Recognition of a Foreign<br>                          Nonmain Proceeding<br>**Nature of Debts**<br>(Check one box.)<br>☐ Debts are primarily consumer    ☑ Debts are primarily<br>   debts, defined in 11 U.S.C.          business debts.<br>   § 101(8) as "incurred by an<br>   individual primarily for a<br>   personal, family, or house-<br>   hold purpose." |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the debtor<br>is unable to pay fee except in installments. Rule 1006(b). See Official Form<br>3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or<br>   affiliates are less than $2,190,000.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of<br>   creditors, in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information**<br>☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for<br>distribution to unsecured creditors. | THIS SPACE IS FOR<br>COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001<br>to $50 million | $50,000,001<br>to $100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001<br>to $50 million | $50,000,001<br>to $100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (1/08)

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Valley Country Club On Ledgemont, LLC** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:**None** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**Sixty, Inc.** | Case Number:<br>**10-** | Date Filed:<br>**3-23-2010** |
| District:<br>**Rhode Island** | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐  Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X _____<br>    Signature of Attorney for Debtor(s)                     Date |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐  Yes, and Exhibit C is attached and made a part of this petition.<br>☑  No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br>    ☐  Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br>    ☐  Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition. |

| **Information Regarding the Debtor - Venue** |
|---|
| (Check any applicable box.)<br>    ☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>    ☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>    ☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** |
|---|
| (Check all applicable boxes.)<br>    ☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>    _____<br>    (Name of landlord or lessor that obtained judgment)<br><br>    _____<br>    (Address of landlord or lessor)<br><br>    ☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>    ☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>    ☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (1/08)                                                                                               Page 3

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Valley Country Club On Ledgemont, LLC** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

---

| **Signature of Attorney*** | **Signature of Non-Attorney Petition Preparer** |
|---|---|

X */s/ Andrew S. Richardson*
Signature of Attorney for Debtor(s)

**Andrew S. Richardson 2608**
**Boyajian Harrington & Richardson**
**182 Waterman Street**
**Providence, RI 02906**
**(401) 273-9600  Fax: (401) 273-9605**
**andy@bhrlaw.com**

**March 23, 2010**
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any,  of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

_____
Date

---

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X */s/ Ronald D. Diodati*
Signature of Authorized Individual
**Ronald D. Diodati**
Printed Name of Authorized Individual
**President**
Title of Authorized Individual
**March 23, 2010**
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Rhode Island**

**IN RE:**                                                          Case No. _____

**Valley Country Club On Ledgemont, LLC** _____    Chapter **11** _____

Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.


Date: **March 23, 2010** _____    Signature: **_/s/ Ronald D. Diodati_** _____
                                                                      **Ronald D. Diodati, President**                        Debtor


Date: _____    Signature: _____
                                                                                                      Joint Debtor, if any

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

A-Oak Turf Equipment Inc
1357 Main St
Coventry RI  02816-8435

A J's Juice Express
481 Dyer Avenue
Cranston RI  02920

A Jeffrey Chase
59 Red Cedar Dr
Cranston RI  02920-4621

A Robert D'Uva
96 Glen Ridge Rd
Cranston RI  02920-6113

AT Siravo & Co
481 Dyer Ave
Cranston RI  02920-7036

Adrien & Son Inc
820 Tiogue Ave
Coventry RI  02816-5808

Agricredit
PO Box 2000
Johnston IA  50131-0020

Agrium Advanced Technologies
PO Box 532076
Atlanta GA  30353-2076

Airgas East
120 Telmore Rd
East Greenwich RI  02818-1650

Albert D Forward
38 Burbank Dr
Warwick RI  02886-3504

Albert R Corrado Jr
18 Waco Ct
Warwick RI  02889-3245

Albert V Corren & Bette Corre
9 Elizabeth Ann Dr
Johnston RI  02919-1220

Aldea B Montigny
159 Read Ave
Coventry RI  02816-7431

Alfred Ferruolo Jr
3010 Post Rd
Warwick RI  02886-3163

Alfred J Letizia
24 Karen Ann Dr
Smithfield RI  02917-2324

Alpine Country Club
251 Pippin Orchard Rd
Cranston RI  02921-3607

Ameriprise Financial
105 Sockanosset Crossroads
Cranston RI  02920

Amy Streeter
8 Pendleton Pl
Narragansett RI  02882-4224

Anderson Turf Irrigation Inc
PO Box 7036
Plainville CT  06062-7036

Andrew J Baynes
PO Box 19896
Johnston RI  02919-0849

Angela Viveiros
118 Drake Way
Sebastian FL  32958-6479

Angelo Marocco
1200 Reservoir Ave
Cranston RI  02920-6012

Anthony Dionizio
61 Colonial Ave
Cranston RI  02910-4610

Anthony J Vecchio
39 High View Dr
Cranston RI  02921-1324

Anthony Ventetuolo
201 Burdick Dr
Cranston RI  02920-1519

Anthony Vessella
195 JP Murphy Highway
West Warwick RI  02893

Antonio L Gatta
70 Dorman Ave
North Providence RI  02904

Arthur K Anderson
14 Griffin Dr
Warwick RI  02886-8012

Arthur Melikian
465 Laurel Hill Ave
Cranston RI  02920-7202

Arthur P Tetu
581 Pocasset Ct
Warwick RI  02886-1713

Atlas Pen & Pencil Corporation
PO Box 553673
Detroit MI  48255-3673

Audrey Pfeifer
48 Cherokee Ln
North Kingstown RI  02852-1636

Baker Commodities
PO Box 132
North Billerica MA  01862-0132

Barbara Gillson
13302 Touchstone Pl
West Palm Beach FL  33418-6913

Bernard A Conti
1265 Plainfield St
Johnston RI  02919-6924

Bernard A Poirier
469 Centerville Rd Ste 203
Warwick RI  02886-4355

Bernard R Rinn Jr
35 Harborview Dr
Warwick RI  02889-5437

Beverly Worrall
116 Rosegarden St
Warwick RI  02888-2813

Biagio L Longo
328 Cowesett Ave Ste 1W
West Warwick RI  02893

Brave River Solutions
875 Centerville Rd Unit 3
Warwick RI  02886-4366

Brian Harbour
555 Nooseneck Hill Rd
Exeter RI  02822-2304

Brian Harbour And Jackie Harbo
555 Nooseneck Hill Rd
Exeter RI  02822-2304

Brian N Rhynard
4 Leisure Dr
Oakdale CT  06370-2609

Bruce E Vanasse
27 Gilcrest Dr
West Warwick RI  02893-1972

Buddy Aglione
87 East Nipmuc Trail
North Providence RI   02904

Budget Termite & Pest Control
2009 Elmwood Ave
Warwick RI   02888-2403

Buono's Bakery
559 Hartford Ave
Providence RI   02909-5838

Calise & Sons Bakery Inc
2 Quality Dr
Lincoln RI   02865-4266

Candy J Castaldi
163 Beachwood Dr
East Greenwich RI   02818-4708

Centreville Bank
1218 Main St
West Warwick RI   02893-4827

Charles W Miga
415 Gardner Rd
West Kingston RI   02892-1047

Chemsearch
PO Box 152170
Irving TX   75015-2170

Cherokee Construction Inc
855B Atwood Ave
Cranston RI   02920-2553

Chester Brousseau
4 Tanglewood Ct Apt 2
West Warwick RI   02893-2517

Chris A Pompeii
PO Box 29187
Providence RI   02909-0999

Christopher Kelly
200 New London Avenue
West Warwick RI   02893

Cinta's Corporation
PO Box 2330
Pawtucket RI   02861-0330

Cit Liine Distributors
20 Industry Dr
West Haven CT   06516-1442

Club Systems Group
PO Box 8500
Philadelphia PA   19178-8500

Constellation New Energy
PO Box 25230
Lehigh Valley PA   18002-5230

Country Club Enterprises
PO Box 607
Sterling MA   01564-0607

Cox Communications
9 JP Murphy Highway
W. Warwick RI   02893

Crop Production Services
PO Box 607
Sterling MA   01564-0607

D Palmieri's Bakery
624 Killingly St
Johnston RI   02919-4010

DAF Services Inc
20 Lawnacre Rd
Windsor Locks CT   06096-2837

Daniel J Arundel
23 Highland Ave
Wakefield RI   02879-3403

Daniel K Flaherty
33 College Hill Rd Ste 30D
Warwick RI  02886

Daniel Ogrodnik
125 Providence St Apt 315
West Warwick RI  02893

Daniel P Cyronak
184 Burbank Dr
Warwick RI  02886-3540

Daniel T Arruda
1453 Crestwood Lane
The Villages FL  32162-2046

David A Raspallo And Deborah
194 River Farms Dr
West Warwick RI  02893-1925

David A Soccio
4 Baldwin Orchard Dr
Cranston RI  02920-3902

David Capuano
1615 Pontiac Ave 1ST Fl
Cranston RI  02920

David Holmes
1127 Tollate Road
Warwick RI  02886

David Martinelli
3 Fox Tale Dr
Johnston RI  02919-1900

David Reilly
58 Steeplebush Dr
Wakefield RI  02879-5471

David V Crocker
170 Pheasant Run
Saunderstown RI  02874-2032

David Ward
693 Lower River Rd
Lincoln RI   02865-1213

David Williams
2339 Post Rd
Warwick RI   02886-2246

De Lage Lander
PO Box 41602
Philadelphia PA   19101-1602

Debra Cyronak
184 Burbank Dr
Warwick RI   02886-3540

Decco Inc
142 Shun Pike
Johnston RI   02919-4515

DeLage Landen Financial Servic
PO Box 41602
Philadelphia PA   19101-1602

Design Fabricators Inc
72 Stamp Farm Rd
Cranston RI   02921-3400

Division Of Motor Vehicles
PO Box 1421
Providence RI   02901-1421

Docutec
984 Charles St
North Providence RI   02904

Donald Dunwoody
2080 Frenchtown Rd
East Greenwich RI   02818-1021

Donald J LaPlante
32 Bainbridge Ave
Providence RI   02909-1802

Donald R Hausman
115 Sage Dr
Warwick RI  02886-6828

Donald S Smith
38 Firglade Dr
Cranston RI  02920-4608

Donald Ventetuolo
38 Larkspur Dr
Cranston RI  02920-3521

Donald Ysenbart
118 Hillcrest Dr
Cranston RI  02921-2636

Douglas H Smith
3 Jodie Beth Dr
East Greenwich RI  02818-1521

Douglas K Hopper
10 Meredith Dr
Coventry RI  02816-8812

Dr Beverly M Brown
195 Plainfield Pike
Foster RI  02825-1251

Dr Frank W LaFazia
37 Washington St
West Warwick RI  02893-4927

Dr Joseph Peltier
8326 Danbury Blvd
Naples FL  34120-1633

Dr Nathaniel Mitkowski
236 Woodward Hall
Kingston RI  02881

Dr Steven Fazzini
400 Meshanticut Valley Pkwy Ap
Cranston RI  02920-5660

East Coast Fire & Ventilation
16 Kendrick Rd Ste 4
Wareham MA   02571-1067

Edgar J Wiggin
62 Pepin St
West Warwick RI   02893-2118

Edmund Pacheco
4249 Royal Wood Blvd
Naples FL   34112-8825

Edward Brown
56 Mohawk Trl
West Greenwich RI   02817-1861

Edward Doyle
44 Parkway Dr
Warwick RI   02886-3551

Edward Farias
146 Gough Ave
West Warwick RI   02893-5724

Edward J Gomes
91 Friendship Street
Providence RI   02903

Edward J McElroy And Edwina M
3001 Veazey Ter NW Apt 1122
Washington DC   20008-5406

Edward Radtke Jr
90 1st St
West Warwick RI   02893-2702

Egidio G Lemme
154 Pulaski St
West Warwick RI   02893-5215

Ellen M Kaplan
766 Slocum Rd
Saunderstown RI   02874-1605

Emile Martin
430 Maple Valley Rd
Coventry RI   02816-5016

Ernest Wennerstrom
51B Plainfield Pike
Foster RI   02825-1278

Excellent Coffee Company
259 East Ave
Pawtucket RI   02860-3801

Fore Supply Co
1205 Capitol Dr
Addison IL   60101-3116

Francesco Fezzuoglio
13 Buratti Rd
Johnston RI   02919-3216

Francis H Kowalik
12 Whitford St
Warwick RI   02889-8024

Francis J Dailey
28 Metropolitan Dr
Warwick RI   02886-7920

Francis L Theroux
344 Washington St
West Warwick RI   02893-5926

Frank DiChiara
98 Carriage Dr
Warwick RI   02886-0172

Frank J Montanaro
39 Weaver St
Cranston RI   02920-3216

Frank M Maio
950 Taunton Ave
Seekonk MA   02771-1616

```
Frank M Marceau
20 Alicia Cir
Warwick RI  02886-6688

Frank Mastrati Jr
132 Chandler Ave
Cranston RI  02910-2506

Frank P Sinapi Jr
30 B St
Cranston RI  02920-4106

Fred DeCotis And Sharon DeCoti
PO Box 8620
Cranston RI  02920-0620

Frederick A Rioles
5 Lane C
Clayville RI  02815

Gail Newton
66 Dawes St
West Warwick RI  02893-3100

Gary Wheelock
129 Seaside Dr
Jamestown RI  02835-3117

GCSAA
1421 Research Park Dr
Lawrence KS  66049-3858

Gem Ravioli
23 Greenville Ave
Johnston RI  02919-4213

George H Foley
13 Lynn Dr
Coventry RI  02816-6542

George W Pirie DMD
77 Toll Gate Rd
Warwick RI  02886-4443
```

Gerald Roch
438 Washington St
Coventry RI  02816-5463

Gerald Shaulson
91 Hoffman Ave
Cranston RI  02920-4508

Gloria L Pirie
50 Nichols St
Cranston RI  02920-3915

Graziano's
787 Charles St
Providence RI  02904-1338

Gretchen P Needham
15 Moorland Ave
Cranston RI  02905-3512

HT Berry Company Inc
50 North St
Canton MA  02021-3339

Handy House Inc
PO Box 9131
Foxboro MA  02035-9131

Harbour Freight Tools
PO Box 6010
Camarillo CA  93011-6010

Harold Morsilli And Linda Mors
5 Heritage Cir
North Providence RI  02904

Harriet Laboissonniere
155 Pawtuxet Ter
West Warwick RI  02893-5224

Helen C Toro
19635 Lost Creek Dr
Fort Myers FL  33967-5542

Henry Carrier
29 Cherry Hill Rd
Johnston RI  02919-2688

Heritage Creations USA
1 Visions Pkwy
Celina OH  45822-7500

Herman Paolucci
221 Hardig Rd
Warwick RI  02886-6608

Hodosh Lyon & Hammer LTD
1023 Post Rd
Warwick RI  02888-3363

Home Depot
PO Box 9055
Des Moines IA  50368-0001

J Edwin Silva
23 Azalea Dr
Cranston RI  02921-1421

Jack A Pirie
50 Nichols St
Cranston RI  02920-3915

Jack Capuano And Elaine Capuan
1615 Pontiac Ave 1ST Fl
Cranston RI  02920

James A Vespia
3457 Post Rd
Warwick RI  02886-7147

James E O'Neill
7 Reddington St
Coventry RI  02816-4244

James F Doyle And Gladys Doyl
388 North Rd
Hope RI  02831-1245

James J Gray
72 Riverfarm Rd
Cranston RI  02910-4239

James Shirley And Betsy Shirle
21 Arlington Ave
Providence RI  02906-3203

Jeffrey Boldt
94 Capt John Wightman Ln
North Kingstown RI  02852-1100

Joan Brochu
100 Sayles Hill Rd
Manville RI  02838-1229

John A Lynch And Debra Lynch
42 Legion Memorial Dr
Providence RI  02909-6023

John Brunero Jr And Angela B
400 Wakefield St
West Warwick RI  02893-1937

John Deere Credit Inc
Gold & Turf Department
PO Box 6600
Johnston IA  50131-6600

John Deere Landscapes/Lesco
40 Illinois Ave
Warwick RI  02888-3008

John Francisco
785 Natick Ave
Cranston RI  02921-1044

John J Harrington
875 Centerville Rd Unit 4B6 Bl
Warwick RI  02886-4366

John K Lyons
130 Setian Ln
West Warwick RI  02893-3251

John Keenan Jr
56 Shady Hill Dr
West Warwick RI   02893-2337

John L Carlson
219 Blackrock Rd
Coventry RI   02816-8009

John S DiBona
145 Phenix Ave
Cranston RI   02920

John V Regine
26 Regal Way
Cranston RI   02921-2115

John W Drought
22 Sweetwater Dr
Coventry RI   02816-8542

Joseph L Polselli
96 Baldwin Rd
Warwick RI   02886-2725

Joseph Sosnosky
1 Susan Elizabeth Dr
Johnston RI   02919-1229

Keene S Ferrer
53 Chestnut St
Seekonk MA   02771-3201

Kenneth MacKinnon
33 Turtle Creek Dr
Warwick RI   02886-9549

Kenneth Morin
12 Carrie Ann Dr
West Warwick RI   02893-1939

Kenneth R Levine
20251 Rookery Dr
Estero FL   33928-3022

Kent County Water Authority
1072 Main St
West Warwick RI   02893-3746

Kent Pump Engineering
597 Buttonwoods Ave
Warwick RI   02886-8308

Kevin J Walsh
16263 Crown Arbor Way
Fort Myers FL   33908-5655

Kinnealy Quality Meats
PO Box 84719
Boston MA   02284

Kirkbrae Country Club
197 Old River Rd
Lincoln RI   02865-1113

Kubota Credit Corporation
PO Box 559
Carol Stream IL   60132-0001

LF Pease Co
21 Massasoit Ave
East Providence RI   02914-4439

Lacorte Farm & Lawn Equipment
522 Edwards Ave
Calverton NY   11933-1636

Laura Rita D'Arezzo
545 Country View Dr
Warwick RI   02886-4256

Laurent A Morin
11 Garfield Dr
Coventry RI   02816-6210

Lawrence F Ward
67 Ash Ave
Cranston RI   02910-5501

Lawrence Solitro
15 Vallette St
Cranston RI  02920-6221

Lawson Products
PO Box 809401
Chicago IL  60680-9401

Leonard J DiIuro Jr
210 Stone Ridge Dr
East Greenwich RI  02818-1614

Lester Shulman
351 New London Ave Apt 501
Warwick RI  02886-0668

Liam P Potter
70 Whaley Hollow Rd
Coventry RI  02816

Lilliam Mastrati
14801 Crystal Cove Ct Apt 1003
Fort Myers FL  33919-7412

Lillian E Nelson
60 Fairway Ln
Warwick RI  02889-2232

Louis J Manocchio
627 Natick Ave
Cranston RI  02921-1027

Louis S Antonelli
979 Toll Gate Rd Trlr 52
Warwick RI  02886-0653

Luke D Regan
240 Mayfield Ave Apt C
Cranston RI  02920-2927

Lydia Kelly
200 New London Ave
West Warwick RI  02893-2028

MS Walker Inc
20 3rd Ave
Somerville MA  02143-4450

Marc Carrier
29 Cherry Hill Rd
Johnston RI  02919-2688

Marc D Wallick Esq
51 Jefferson Blvd
Warwick RI  02888

Mark A Iacono
41 Thornfield Way
Saunderstown RI  02874-2136

Mark Z Mazur
21 Forest Ark Drive
North Kingstown RI  02852

Martucci Receivable
100 Federal Way
Johnston RI  02919-4637

Mary Crothers
17 Liena Rose Way
Coventry RI  02816-4023

Metro Lobster And Seafood Inc
PO Box 20097-0941
Warwick RI  02886

Michael A Dellefave
6 Lucille Dr
Greenville RI  02828-1812

Michael A Montigny And Sandra
40 Leighas Ln
Coventry RI  02816-2803

Michael J Cosgrove
125 Cumberland Rd
Warwick RI  02886-8711

Michael Labbadia
404 Central Ave
Johnston RI  02919-4935

Michael Laboissonniere And
Audrey Laboissonniere
2 Pinehurst Rd
Coventry RI  02816-5878

Michael Pucino
631 Fletcher Rd
North Kingstown RI  02852-1690

Michael Soucy And Roberta Souc
14 Dawn Ln
Coventry RI  02816-8802

Milton R Wilson
210 Cooper Ln
East Greenwich RI  02818-1597

MVP Distributors Maintenance
PO Box 20097-0941
Cranston RI  02920-0941

National Grid
PO Box 1049
Woburn MA  01807-1049

Nicholas Masi
100 Federal Way
Johnston RI  02919-4637

Norman Tetreault
8 Seneca St
Coventry RI  02816-5548

Normand E Vadeboncoeur
13 Deborah Ct
West Warwick RI  02893-2268

Northern Tool & Equipment
PO Box 5219
Carol Stream IL  60197-5219

Ocean State Alarm Co Inc
52 Louisiana Ave
Warwick RI   02888-5810

Otrando Porcaro & Associates
Greenwich Avenue
Warwick RI   02886

Our Place-Tuxedos & Uniforms
240 York Ave
Pawtucket RI   02860-6300

Parente's Landscaping
380 Hudson Pond Rd
West Greenwich RI   02817-1957

Pastene
PO Box 256
Canton MA   02021-0256

Patricia Almonte
94 Governors Hl
West Warwick RI   02893-1918

Paul Catullo
52 Newcastle Dr
East Greenwich RI   02818-2707

Paul Cuviello
2110 Patriot Way
West Greenwich RI   02817-6088

Paul D Ferretti Jr
15 Tillinghast Ave
Warwick RI   02886-0780

Paul R Giroux
1400 Stony Ln
North Kingstown RI   02852-2912

Pepsi-Cola
1100 Reynolds Blvd
Winston Salem NC   27105-3400

Peter A Koch
45 Verdant Ln
Warwick RI   02886-8543

Pitney Bowes
PO Box 856390
Louisville KY   40285-6390

Pitney Bowes Credit
PO Box 856460
Louisville KY   40285-6460

Pitney Bowes Purchase Power
PO Box 856042
Louisville KY   40285-6042

PMA Industries
681 Killingly St
Johnston RI   02919-3914

Poland Spring
PO Box 856192
Louisville KY   40285-6192

Popcorn Guys
PO Box 437
Coventry RI   02816-0008

Progressive Gourmet Inc
330 Ballardvale St
Wilmington MA   01887-1012

Providence Beverage
PO Box 1437
Coventry RI   02816-0026

Providence Journal
PO Box 811110
Woburn MA   01813-0001

Quality Seafood
136 Silver Lake Ave
Providence RI   02909

Quill Corp
PO Box 37600
Philadelphia PA  19101-0600

R&R Products
3334 E Milber St
Tucson AZ  85714-2029

RF Morse & Son Inc
22 Cranberry Hwy
West Wareham MA  02576-1505

Raymond Harrison
33 College Hill Rd Ste 5B
Warwick RI  02886-2776

Raymond P Denis
84 Westfield Dr
Cranston RI  02920-1331

Raymond Pagliarini
14 Herod St
Cranston RI  02921-1137

Read Custom Soils
125 Turnpike St
Canton MA  02021-1300

Rev Paul A Charland
3 Sherwood Valley Ln
Coventry RI  02816-6908

Rhode Island Golf Association
1 Button Hole Dr Ste 2
Providence RI  02909-5750

RI Country Club
150 Nayatt Rd
Barrington RI  02806-3335

RI Labor Law Poster Service
11 S Angell St # 110
Providence RI  02906-5206

Richard Angeli
4540 Kensington Court
Wakefield RI   02879

Richard B Guertin
90 Westfield Dr
Cranston RI   02920-1331

Richard C Chagnon And Jean Ch
89 Ship St
Providence RI   02903-4218

Richard D'Andrea
1400 Ten Rod Rd
North Kingstown RI   02852-4108

Richard Mancini
40 Bellevue Dr
Cranston RI   02920-4004

Richard ProcaCCIANTI
87 Burr St
Cranston RI   02920-6204

Richard R Jalbert Jr
351 New London Ave Apt 408
Warwick RI   02886-0668

Rick Nunes Construction
1 Country Ln
Hope RI   02831-1730

Rita Brouillard
18 McNiff St
West Warwick RI   02893-4939

Robert A Salerno
209 Sprague Ave
Warwick RI   02889-1900

Robert Autieri
175 Budlong Rd
Cranston RI   02920-6443

Robert Dekeulenaere
6 Roger Williams Dr
Greenville RI  02828-2622

Robert E Anastasi
125 Martingale Dr
Warwick RI  02886-6676

Robert E Martin
16 Anglewood Ave
Johnston RI  02919-1496

Robert Ernest Champagne
7 Park Blvd
West Warwick RI  02893-2715

Robert Hainey
66 Morse Ave
Warwick RI  02886-2322

Robert J Holmes And Jean Holm
3 Conanicus Ave
Jamestown RI  02835-1258

Robert L Masello
101d Nipmuc Trail
Providence RI  02904

Robert M Chiarillo
3 Lindsey Dr
Lincoln RI  02865-4022

Robert Parker
52 Rollingwood Dr
Johnston RI  02919-1635

Robert Petrarca
745 Love Ln
East Greenwich RI  02818-4053

Robert Sullo
6 Gough Ave
West Warwick RI  02893-4714

Roch's Fruit & Produce Inc
1480 Main St
West Warwick RI  02893-2928

Roch's Market
1475 Main St
West Warwick RI  02893-2927

Roger E Cournoyer
2048 Oakridge Cir
Venice FL  34293-3822

Roland J Roy
26 Ethel St
West Warwick RI  02893-3905

Roland St George
88 3rd St
West Warwick RI  02893-2706

Ronald D Diodati
78 Deerfield Dr
West Warwick RI  02893-3240

Ronald J Pagliarini
94 Calaman Rd
Cranston RI  02910-4232

Ronald Johnson
33 Westcote Close
Wakefield RI  02879-5341

Ronald Renzi
77 Blue Gentian Rd
Cranston RI  02921-2301

Rosemarie F Paliotta
236 Crestwood Rd
Warwick RI  02886-9437

Royal Poultry Inc
90 Libera St
Cranston RI  02920

```
Sam's Club
PO Box 9001907
Louisville KY  40290-1907

Samuel F Marsocci
449 New London Ave
Warwick RI  02886-0632

Scott M Famiglietti And Dale
277 Harkney Hill Rd
Coventry RI  02816

Seth Mangasarian
2437 Hartford Ave
Johnston RI  02919-1719

Shane A Rice
120 Panto Rd
Warwick RI  02886-0634

Shawnmark Industries Inc
PO Box 8966
Warwick RI  02888-0930

Stanley J Tabak
12 Gendron St
West Warwick RI  02893-4625

Stephen G Kowalik
89 Manchester St
West Warwick RI  02893

Stephen Padula
2 Doe Run
Coventry RI  02816-4719

Steven Kettle And Kathleen Ket
5 Wolfe Ct
Coventry RI  02816-6537

Steven Messier
17 Revere Ave
West Warwick RI  02893-3908
```

Steven Parente
9 Surrey Ln
West Warwick RI   02893-3307

Sue Fontaine
5920 Cranbrook Way Apt F102
Naples FL   34112-8826

Susan K Mouchon
11 Hebert St
West Warwick RI   02893-5703

Synergy Resources
1310 Madrid St Ste 106
Marshall MN   56258

Sysco
380 S Worcester St
Norton MA   02766-3401

T&D Enterprises
PO Box 933007
Atlanta GA   31193-3007

T-Mobile
PO Box 742596
Cincinnati OH   45274-2596

The Cardinal's Inc
166 River Rd
Unionville CT   06085-1051

Theresa DeMello
2254 Park Avenue
Cranston RI   02910

Thomas A Valletta
351 New London Ave Apt 301
Warwick RI   02886-0667

Thomas Markarian
Markarian And Meehan
336 Main St
Wakefield RI   02879-7404

Thomas Underhill
6 Beverly Ann Dr
Hope Valley RI   02832-1276

Thyssen Krupp Elevator
PO Box 933007
Atlanta GA   31193-3007

Tobias S Lombardi
185 Deerfield Dr
East Greenwich RI   02818-1388

Todd Seaback
71 Island Dr
Coventry RI   02816-6818

Tom Irwin
13 A St
Burlington MA   01803-3404

Toro NSN
39398 Treasury Center
Chicago IL   60694-9000

Tracy A McKenna
236 Crestwood Rd
Warwick RI   02886-9437

Trent R Danella
23 Macera Farm Rd
Johnston RI   02919-5831

Trinity Capital
475 Sansome St 19th Fl
San Francisco CA   94111-3112

Turf Products Corporation
157 Moody Rd
Enfield CT   06082-3209

United States Golf Association
PO Box 708
Far Hills NJ   07931-0708

US Food Service
PO Box 415087
Boston MA   02241-5087

Vasilios Melanis
707 Main St
West Warwick RI   02893-5609

Venda Ravioli
265 Atwells Ave
Providence RI   02903

VGM Financial Services
1111 W San Marnan Dr
Waterloo IA   50701-9007

Vincent Masi
300 Farmington Ave
Cranston RI   02920-7018

Warwick Ice Cream
743 Bald Hill Rd
Warwick RI   02886-0713

Wells Fargo
PO Box 6434
Carol Stream IL   60197-6434

West Warwick Auto City Inc
93 Tiogue Ave
West Warwick RI   02893-6051

White Fuel
12 Hylestead St
Providence RI   02905-1520

William D Hoban
22 Green Farms Ln
North Kingstown RI   02852-1956

William D Laorenza
16 Sweet Pea Dr
Cranston RI   02921-2020

William E McNamara
646 Pleasant Valley Pkwy
Providence RI   02908-4206

William Interlini
35 Whippoorwill Rd
Warwick RI   02888-6119

William R Pirolli
301 Metro Center Blvd
Warwick RI   02886

Winifred R Ricci
63 Governors Hl
West Warwick RI   02893-1915

Yolanda V Bedetta
542 Laurel Hill Ave
Cranston RI   02920-7437